```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 11-04063-JJT
Earl W Reed                                                               Chapter 13
Linda C Reed
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-4         User: AGarner           Page 1 of 1              Date Rcvd: Sep 12, 2016
                             Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         +Earl W Reed, Jr.,    Linda C Reed,    703 Trevorton Road,    Shamokin, PA 17872-6535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    MidFirst Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James M Bach    on behalf of Debtor Earl W Reed, Jr. JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              James M Bach    on behalf of Joint Debtor Linda C Reed JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com
              Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Richard C Maider    on behalf of Creditor    TD Auto Finance LLC jharriman@deilylawfirm.com,
               bkecfactivitynotices@deilylawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Earl W Reed Jr.<br>703 Trevorton Road<br>Shamokin, PA 17872 | Chapter 13<br>Case No. 4:11−bk−04063−JJT |
| Linda C Reed<br>703 Trevorton Road<br>Shamokin, PA 17872 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6209
xxx−xx−7461

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk